AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| AMOS ODIN | Case Number: 8:05-cr-546-T-26MSS |
|  | USM Number: 48518-018 |
|  | Lori Palmieri |
|  | Defendant's Attorney |

**THE DEFENDANT:**

_____ admitted guilt to violation of charge number(s) _____ of the term of supervision.

__X__ was found in violation of charge number(s) __1 - 13__ after hearing testimony.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - 13 | Failure to Comply With the Home Detention Program in Violation of A Special Condition of Home Detention | January 3, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 21, 2008
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

3/21/08
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: Amos Odin
CASE NUMBER: 8:05-cr-546-T-26MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TIME SERVED.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m. p.m. on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL